United States District Court
Southern District of Texas
**ENTERED**
March 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IVAN ANDRES BONILLA GRANADOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-00971 |
| | § | |
| FRANK BISIGNANO, | § | |
| Commissioner of Social | § | |
| Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are Plaintiff Ivan Andres Bonilla Granados's Motion for Summary Judgment (Document No. 13) and Defendant Commissioner Frank Bisignano's Cross-Motion for Summary Judgment and Response to Plaintiff's Motion (Document No. 17). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Plaintiff's Motion be granted and Defendant's Motion be denied and the Commissioner's Decision be remanded for further administrative proceedings. The deadline for objections has passed, and Defendant Commissioner Bisignano has not objected to the Magistrate Judge's Memorandum and Recommendation.

The Court, having observed the implicit acquiescence of Defendant Commissioner Bisignano to the Memorandum and Recommendation, finds that the findings and recommendations of the

Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on February 4, 2026, which is adopted in its entirety as the opinion of this Court, that Plaintiff's Motion for Summary Judgment (Document No. 13) is GRANTED, Defendant's Cross-Motion for Summary Judgment (Document No. 17) is DENIED, and the Commissioner's Decision is REMANDED for further administrative proceedings.

This is a FINAL JUDGMENT.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 3rd day of March, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2