United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IVAN ANDRES BONILLA GRANADOS, §
         §
   Plaintiff, §
         §
v. §    Civil Action No. H-25-0971
         §
FRANK BISIGNANO, §
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
         §
   Defendant. §

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is the parties' Joint Motion for Attorney's Fees (Document No. 22). The Magistrate Judge in a Memorandum and Recommendation (Document No. 23) recommends the motion be granted in part.

No objections have been filed, and after having made a de novo determination of the above referenced motion, it is the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are adopted by the Court.

ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge (Document No. 23) signed and entered June 8, 2026, which is adopted in its entirety as the opinion of this Court, that the parties' Joint Motion for Attorney's Fees (Document No. 22) is

GRANTED IN PART and Plaintiff is AWARDED $11,504.29 in fees under 28 U. S. C. § 2412.

It is so ORDERED.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 17ᵀᴴ day of July, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2